UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 3:25-CR-23-CCB-SJF

DOUGLAS THRAMS

## ORDER

Defendant Douglas Thrams filed a Motion to Continue on April 1, 2025. (ECF 28). The Government does not object to Defendant's Motion. Having reviewed the Ex Parte Motion filed by Defendant on April 1, 2025 (ECF 29), the Court finds that the ends of justice served by granting this motion outweigh the public's and Defendant's interests in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue. (ECF 28). The delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(H). The previous trial, final pretrial conference, and pretrial motions deadline are **VACATED**. (ECF 25). The status conference date will be set by a separate order.

SO ORDERED on April 4, 2025.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT